■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR BOLLING, Appellant. [633 NYS2d 982] —Appeal by defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered May 27, 1993, convicting him of murder in the second degree, attempted murder in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the legal sufficiency of the evidence are unpreserved for appellate review *(see, People v Bynum,* 70 NY2d 858). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Balletta, J. P., Thompson, Ritter and Florio, JJ., concur.